UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO DISENA,

          Plaintiff,

v.                                    Case No. 15-12566

TS EMPLOYMENT INC.,

          Defendant.
                                          /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Application to Proceed *In Forma Pauperis* and Dismissing Complaint" dated August 12, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant TS Employment Inc. and against Plaintiff Angelo DiSena. Dated at Detroit, Michigan, this 12th day of August 2016.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                              S/ Lisa Wagner
                                       By:  Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland